Dismissed and Memorandum Opinion filed May 17, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00213-CV

____________

 

THE VICTORY MEALS PROGRAM, L.L.C., Appellant

 

V.

 

SANDRA FALCONER, Appellee

 

 



On Appeal from the 11th District Court 

Harris County, Texas

Trial Court Cause No. 2011-06908

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed March 15, 2011.  The
notice of appeal in this case was filed March 7, 2011. The clerk’s record was
filed April 5, 2011. To date, the filing fee of $175.00 has not been paid.  No
evidence that appellant is excused by statute or the Texas Rules of Appellate
Procedure from paying costs has been filed.  See Tex. R. App. P. 5.; see
also Order Regarding Fees Charged in Civil Cases in
the Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007)
(listing fees in court of appeals); Tex. Gov’t Code Ann.. ' 51.207 (Vernon 2005) (same). 

On April 21, 2011, this court ordered appellant to pay the
appellate filing fee on or before May 6, 2011, or the appeal would be
dismissed.  Appellant has not paid the appellate filing fee. Accordingly, the
appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.